UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAELA ESPINAL, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

DIDI GLOBAL INC. f/k/a XIAOJU
KUAIZHI INC., WILL WEI CHENG, ALAN
YUE ZHUO, JEAN QING LIU, STEPHEN
JINGSHI ZHU, ZHIYI CHEN, MARTIN
CHI PING LAU, KENTARO MATSUI,
ADRIA PERICA, DANIEL YONG ZHANG,
GOLDMAN SACHS (ASIA) L.L.C.,
MORGAN STANLEY & CO. LLC, J.P.
MORGAN SECURITIES LLC, BOFA
SECURITIES, INC., BARCLAYS CAPITAL
INC., CHINA RENAISSANCE
SECURITIES (HONG KONG) LIMITED,
CHINA INTERNATIONAL CAPITAL
CORPORATION HONG KONG
SECURITIES LIMITED, CITIGROUP
GLOBAL MARKETS INC., GUOTAI
JUNAN SECURITIES (HONG KONG)
LIMITED, HSBC SECURITIES (USA) INC.,
UBS SECURITIES LLC, BOCI ASIA
LIMITED, BOCOM INTERNATIONAL
SECURITIES LIMITED, CCB
INTERNATIONAL CAPITAL LIMITED,
CLSA LIMITED, CMB INTERNATIONAL
CAPITAL LIMITED, FUTU INC., ICBC
INTERNATIONAL SECURITIES
LIMITED, MIZUHO SECURITIES USA
LLC, and TIGER BROKERS (NZ)
LIMITED,

Defendants.



Civil Action No. 1:21-cv-05807-LAK

**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Plaintiff Rafaela Espinal ("Plaintiff"), and Defendant DiDi Global Inc. ("Defendant"), by and through their respective undersigned counsel, and subject to this Court's approval, agree and stipulate as follows:

WHEREAS, Plaintiff filed a securities class action complaint against Defendant and others in the above-captioned case on July 6, 2021 (the "Complaint");

WHEREAS, Defendant was served with the Complaint on September 14, 2021;

WHEREAS, the undersigned counsel for Defendant has agreed to accept service of the Complaint on behalf of Defendant;

WHEREAS, under Federal Rule of Civil Procedure 12, Defendant's answer to the Complaint must be filed no later than October 5, 2021;

WHEREAS, this action is governed by the lead plaintiff and lead plaintiff's counsel selection procedures of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3);

WHEREAS, the deadline under the PSLRA for members of the purported class to file motions for appointment as lead plaintiff in this action was September 7, 2021;

WHEREAS, it is anticipated that the lead plaintiff, once appointed, will seek to file an amended consolidated complaint;

WHEREAS, the parties agree that Defendant need not respond to the Complaint because any amended complaint that the lead plaintiff would file would supersede the Complaint; and

WHEREAS, the parties anticipate that the lead plaintiff and Defendant will confer regarding a schedule that addresses the timeline for filing of an amended consolidated complaint and Defendant's response.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the

Court's approval:

Defendant is not obligated to respond to the Complaint filed in this action at this time.

Respectfully submitted,

*/s/ Corey Worcester*

Corey Worcester
Renita Sharma
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10038
Tel: (212) 849-7000
Fax: (212) 849-7100
coreyworcester@quinnemanuel.com
renitasharma@quinnemanuel.com

Robert Fumerton
Michael Griffin
Scott Musoff
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3902
Fax: (212) 777-3902
robert.fumerton@skadden.com
michael.griffin@skadden.com
smusoff@skadden.com

*Attorneys for Defendant DiDi Global Inc.*

**SO ORDERED.**

DATED: ___10/5/21___

Dated: October 4, 2021

*/s/ Gregory B. Linkh*

Gregory B. Linkh
Glancy Prongay & Murray LLP
230 Park Avenue, Suite 358
New York, New York 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*Attorneys for Plaintiff*

Hon. Lewis A. Kaplan, U.S. District Judge

3