UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/21

IN RE DIDI GLOBAL INC. SECURITIES LITIGATION

Master Docket 1:21-cv-05807-LAK

This Document Relates To: All Actions

## STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE CONSOLIDATED AMENDED COMPLAINT AND MOTION TO DISMISS

WHEREAS, this action is governed by the lead plaintiff and lead plaintiff's counsel selection procedures of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3);

WHEREAS, on September 7, 2021 Junhong Cao ("Cao") moved this Court for appointment as Lead Plaintiff and for approval of her selection of lead counsel;

WHEREAS, on October 12, 2021, this Court appointed Cao as Lead Plaintiff and The Rosen Law Firm, P.A. as Lead Counsel for the Class in the above-captioned action;

WHEREAS, Lead Plaintiff contends that additional time is needed to work out service of process for certain defendants who are located in the People's Republic of China;

WHEREAS, Lead Plaintiff and Defendant DiDi Global, Inc. ("Defendant") have conferred and have agreed to a schedule, subject to Court approval, for Lead Plaintiff to file a consolidated amended complaint and for Defendant to answer or otherwise respond to such complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. Lead Plaintiff shall file an amended consolidated complaint (the "Amended Complaint") on or before January 7, 2022.

2. Defendant shall answer or otherwise respond to Lead Plaintiff's Amended Complaint by March 8, 2022.

3. If Defendant moves to dismiss the Amended Complaint, Lead Plaintiff shall file any opposition to such motion on or before May 9, 2022, and Defendant shall file any reply in support of such motion on or before June 23, 2022.

| | |
|---|---|
| Respectfully submitted, | Dated: October 21, 2021 |
| */s/ Corey Worcester* | */s/ Laurence Rosen* |
| Corey Worcester | Phillip Kim |
| Renita Sharma | Laurence Rosen |
| Quinn Emanuel Urquhart & Sullivan, LLP | The Rosen Law Firm, P.A. |
| 51 Madison Avenue, 22nd Floor | 275 Madison Avenue, 40th Floor |
| New York, New York 10038 | New York, New York 10016 |
| Tel: (212) 849-7000 | Tel: (212) 686-1060 |
| Fax: (212) 849-7100 | Fax: (212) 202-3827 |
| coreyworcester@quinnemanuel.com | pkim@rosenlegal.com |
| renitasharma@quinnemanuel.com | lrosen@rosenlegal.com |
| | |
| Robert Fumerton | *Lead Counsel for Lead Plaintiff and the Class* |
| Michael Griffin | |
| Scott Musoff | |
| Skadden, Arps, Slate, Meagher & Flom LLP | |
| One Manhattan West | |
| New York, New York 10001 | |
| Tel: (212) 735-3902 | |
| Fax: (212) 777-3902 | |
| robert.fumerton@skadden.com | |
| michael.griffin@skadden.com | |
| smusoff@skadden.com | |

*Counsel for Defendant DiDi Global Inc.*

**SO ORDERED.**

DATED: 10/22/21

_____
Hon. Lewis A. Kaplan, U.S. District Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 21st day of October, 2021, this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Corey Worcester*
