| | |
|---|---|
| **Subject:** | Re: Didi - Draft SAC |
| **Date:** | Monday, May 2, 2022 at 4:55:12 PM Eastern Daylight Time |
| **From:** | Rosenberg, Jonathan |
| **To:** | Brenna Nelinson |
| **CC:** | Daniel Tyre-Karp, Renita Sharma, Jacob Waldman, Musoff, Scott D, Fumerton, Robert A, Griffin, Michael C, Pao, William K., Rudzin, Abby F., Corey Worcester, Jing Chen, kwolke@glancylaw.com, Robin Howald, Laurence Rosen |
| **Attachments:** | image001.jpg, image001.jpg |

**[EXTERNAL EMAIL]**

Dan, same reservation for and consent by the Underwriters.

Jonathan

**O'Melveny**

**Jonathan Rosenberg**
jrosenberg@omm.com
O: +1-212-408-2409

On May 2, 2022, at 12:44 PM, Brenna Nelinson <brennanelinson@quinnemanuel.com> wrote:

**[EXTERNAL MESSAGE]**

Hi Dan,

While reserving all rights and defenses, Didi consents to Plaintiffs filing the SAC.

Thanks,
Brenna

**From:** Daniel Tyre-Karp <dtyrekarp@rosenlegal.com>
**Sent:** Monday, April 25, 2022 11:30 PM
**To:** Renita Sharma <renitasharma@quinnemanuel.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>; Musoff, Scott D <Scott.Musoff@skadden.com>;

Fumerton, Robert A <Robert.Fumerton@skadden.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; Pao, William K. <wpao@omm.com>; Rosenberg, Jonathan <jrosenberg@omm.com>; Rudzin, Abby F. <arudzin@omm.com>; Brenna Nelinson <brennanelinson@quinnemanuel.com>; Corey Worcester <coreyworcester@quinnemanuel.com>
**Cc:** Jing Chen <jchen@rosenlegal.com>; kwolke@glancylaw.com; Robin Howald <rhowald@rosenlegal.com>; Laurence Rosen <lrosen@rosenlegal.com>
**Subject:** Didi - Draft SAC

**[EXTERNAL EMAIL from dtyrekarp@rosenlegal.com]**

Counsel,

As stipulated, Plaintiffs' draft second amended complaint is attached. We have also attached a redline showing the changes compared to the CCAC, and the exhibits to the draft SAC are accessible here: https://www.dropbox.com/scl/fo/i6o5fv6ov7h2lp13b48w7/h?dl=0&rlkey=4plki14rmv0qdfotrlbx5y0n0

The amendments reflect the changes outlined in our March 22 letter, except that we have also deleted all remaining Section 10(b) claims against the Underwriters. Please let us know by May 2 whether you consent to us filing the SAC.

Please let us know if you have any questions.

Thanks,
Dan



**Daniel Tyre-Karp**

The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY  10016
dtyrekarp@rosenlegal.com
(212) 686-1060 Phone
(212) 202-3827 Fax