**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-11-22
```

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

WRITER'S EMAIL ADDRESS
coreyworcester@quinnemanuel.com

May 10, 2022

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *In re Didi Global Inc. Securities Litigation (S.D.N.Y.), Case No. 1:21-cv-05807-LAK*

Dear Judge Kaplan:

We represent DiDi Global Inc. in the above-referenced action. We write respectfully to request minor adjustments to the deadlines in the Order Regarding Time to File Consolidated Second Amended Complaint and Motions to Dismiss, ECF No. 105 (the "Order") issued on April 27, 2022.

Specifically, the Order requires that Defendants file their motions to dismiss the Consolidated Second Amended Complaint ("CSAC") on Monday, May 30, 2022, which is Memorial Day, and that Defendants file their replies on July 30, 2022, which is a Sunday.

In light of the upcoming Memorial Day and July 4th Holidays, Lead Plaintiff and Defendants jointly propose minor adjustments to the Order (as reflected in the attached stipulation):

- **June 3, 2022**:      Defendants file motions to dismiss the CSAC
- **July 7, 2022**:       Lead Plaintiff files opposition(s) to motions to dismiss
- **August 5, 2022**:   Defendants file replies

Very truly yours,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Corey Worcester*

R. Corey Worcester

Approved
SO ORDERED
LEWIS A. KAPLAN, USDJ
5/11/22

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH