Case 1:21-cv-05807-LAK   Document 118   Filed 06/24/22   Page 1 of 5



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DIDI GLOBAL INC. SECURITIES LITIGATION | Master Docket 1:21-cv-05807-LAK<br><br>This Document Relates To: All Actions |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED SECOND AMENDED COMPLAINT**

WHEREAS, on May 11, 2022, this Court so-ordered a briefing schedule (ECF No. 111) (the "Order"), providing that Defendant DiDi Global Inc. and the Underwriter Defendants[1] shall file their motions to dismiss the Consolidated Second Amended Complaint (the "CSAC") by June 3, 2022; Plaintiffs shall file oppositions to the motions to dismiss by July 7, 2022; and Defendants shall file replies in further support of the motions to dismiss by August 5, 2022;

WHEREAS, on June 3, 2022, Defendant DiDi Global Inc. and the Underwriter Defendants (collectively, the "Existing Defendants") filed their motions to dismiss the CSAC pursuant to the Order;

WHEREAS, Counsel for Defendants recently informed Plaintiffs that Defendants Will Wei Cheng, Jean Qing Liu, Jingshi Zhu, Alan Yue Zhou, Zhiyi Chen, Martin Chi Ping Lau, and Daniel Yong Zhang (collectively, the "Individual Defendants") have all been served with the initial complaint filed in this Action, *Espinal v. DiDi Global Inc, et al.*;

---

[1] The Underwriter Defendants are Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities Inc., Barclays Capital Inc., China Renaissance Securities (US) Inc., Citigroup Global Markets Inc., HSBC Securities (USA) Inc., UBS Securities LLC, and Mizuho Securities USA LLC.

WHEREAS, the Individuals Defendants do not concede that such purported service was effective;

WHEREAS, the Individual Defendants intend to file motions to dismiss the CSAC;

WHEREAS, the parties have met and conferred and, in the interest of judicial economy and efficiency, have agreed to (i) adjust the current motion to dismiss briefing schedule to consolidate all Defendants' motions to dismiss into a single briefing schedule; and (ii) allow Plaintiffs to file omnibus briefs (*i.e.*, consolidating arguments into one or two briefs as opposed to three or more briefs in opposition to the two Existing Defendants' motions to dismiss and anticipated Individual Defendants' motions to dismiss) in opposition to all Defendants' motions to dismiss.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. The Individual Defendants shall file their motions to dismiss by July 22, 2022;

2. By August 1, 2022, after reviewing the Individual Defendants' motions to dismiss, the parties will agree upon and jointly file a stipulation concerning omnibus briefing and a request for the enlargement of pages for consolidated opposition and reply papers with respect to all Defendants' motions dismiss.

3. Plaintiffs shall file opposition papers to all Defendants' motions to dismiss by August 22, 2022; and

4. All Defendants shall file replies in further support of the motions to dismiss by October 3, 2022.

Respectfully submitted,

/s/ Corey Worcester
Corey Worcester
Renita Sharma
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10038
Tel: (212) 849-7000
Fax: (212) 849-7100
coreyworcester@quinnemanuel.com
renitasharma@quinnemanuel.com

Scott Musoff
Robert Fumerton
Michael Griffin
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3902
Fax: (212) 777-3902
smusoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Defendant DiDi Global Inc., Will Wei Cheng, Jean Qing Liu, Jingshi Zhu, Alan Yue Zhou, and Daniel Yong Zhang*

/s/ Matthew S. Kahn
Matthew S. Kahn
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306
mkahn@gibsondunn.com

Michael D. Celio (*pro hac vice* forthcoming)
Kevin J. White
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile:    (650) 949-5333
mcelio@gibsondunn.com

Dated: June 24, 2022

/s/ Phillip Kim
Phillip Kim
Laurence Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

/s/ Jonathan Rosenberg
Jonathan Rosenberg
Abby F. Rudzin
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
jrosenberg@omm.com
arudzin@omm.com

*Counsel for Defendants Goldman Sachs (Asia) L.L.C.; Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; BofA Securities, Inc.; Barclays Capital Inc.; Citigroup Global Markets Inc.; HSBC Securities (USA) Inc.; UBS Securities LLC; Mizuho Securities USA LLC; and China Renaissance Securities (US) Inc.*

/s/ Sheryl Shapiro Bassin
Sheryl Shapiro Bassin
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
SBassin@wsgr.com

Ignacio E. Salceda (*pro hac vice* forthcoming)

3

kwhite@gibsondunn.com

*Counsel for Defendant Martin Chi Ping Lau*

WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
ISalceda@wsgr.com

*Counsel for Defendant Zhiyi Chen*

**SO ORDERED.**

DATED: 6/27/22

_____
Hon. Lewis A. Kaplan, U.S. District Judge

4

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 24th day of June 2022, this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Laurence Rosen*