UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DIDI GLOBAL INC. SECURITIES LITIGATION | Master Docket 1:21-cv-05807-LAK<br><br>This Document Relates to: All Actions |

**STIPULATION AND [PROPOSED] ORDER ON EXTENSION OF TIME OF THE UNDERWRITER DEFENDANTS' POTENTIAL MOTION FOR RECONSIDERATION**

WHEREAS, on March 14, 2024, the Court issued an Opinion Denying Defendants' Motions to Dismiss (the "Opinion," ECF No. 158);

WHEREAS, the Underwriter Defendants are considering whether to seek the Court's reconsideration of one aspect of the Opinion (the "Motion for Reconsideration");

WHEREAS, Local Civil Rule 6.3 provides that "a notice of motion for reconsideration or reargument of a court order determining a motion shall be served within fourteen (14) days after the entry of the Court's determination of the original motion," which would be March 28, 2024;

WHEREAS, given the number of Underwriter Defendants involved, they require additional time to determine whether to file and, if so, to prepare any Motion for Reconsideration;

WHEREAS, Lead Plaintiff and the Underwriter Defendants have conferred and agreed, subject to the Court's approval, to a modest extension of the March 28, 2024 deadline;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. The Underwriter Defendants' deadline under Local Civil Rule 6.3 to file any Motion for Reconsideration is extended to April 5, 2024.

1

Dated: March 26, 2024                                                    Respectfully submitted,

| | |
|---|---|
| /s/ *Laurence M. Rosen* | /s/ *Jonathan Rosenberg* |
| Laurence M. Rosen | Jonathan Rosenberg |
| Phillip Kim | Abby F. Rudzin |
| The Rosen Law Firm, P.A. | O'MELVENY & MYERS LLP |
| 275 Madison Avenue, 40th Floor | 7 Times Square |
| New York, New York 10016 | New York, NY 10036 |
| Tel: (212) 686-1060 | Tel: (212) 326-2000 |
| Fax: (212) 202-3827 | Fax: (213) 326-2061 |
| lrosen@rosenlegal.com | jrosenberg@omm.com |
| pkim@rosenlegal.com | arudzin@omm.com |
| | |
| *Lead Counsel for Lead Plaintiff and the Class* | *Attorneys for Defendants Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities Inc., Barclays Capital Inc., China Renaissance Securities (US) Inc., Citigroup Global Markets Inc., HSBC Securities (USA) Inc., UBS Securities LLC, and Mizuho Securities USA LLC* |

IT IS SO ORDERED.

DATED: _____

                                                                        _____
                                                                        THE HONORABLE LEWIS A. KAPLAN
                                                                        UNITED STATES DISTRICT JUDGE