UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DIDI GLOBAL INC. SECURITIES LITIGATION | Master Docket 1:21-cv-05807-LAK<br><br>This Document Relates To:  All Actions |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER THE CONSOLIDATED SECOND AMENDED COMPLAINT AND FOR <u>INITIAL CASE MANAGEMENT DEADLINES</u>**

WHEREAS, on March 14, 2024, this Court issued an Opinion Denying Defendants' Motions to Dismiss the Consolidated Second Amended Complaint (ECF No. 158);

WHEREAS, Defendants' answers to the Consolidated Second Amended Complaint are due no later than March 28, 2024;

WHEREAS, the parties have met and conferred and agreed to extend Defendants' time to file answers to the Consolidated Second Amended Complaint until May 28, 2024;

WHEREAS, no prior requests for similar extensions to Defendants' answer deadline have been previously made;

WHEREAS, all parties consent to this extension; and

WHEREAS, the parties have met and conferred and agreed upon additional initial case management deadlines.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. Plaintiffs shall provide to Defendants a proposed report and discovery plan pursuant to Rule 26(f) no later than April 5, 2024.

2. The parties shall meet and confer pursuant to Rule 26(f) no later than April 19, 2024.

1

3. The parties shall file a Rule 26(f) report and proposed scheduling order no later than May 3, 2024.

4. Defendants shall file their answers to the Consolidated Second Amended Complaint no later than May 28, 2024.

5. The parties shall exchange initial disclosures pursuant to Rule 26(a) no later than June 11, 2024.

Respectfully submitted,

/s/ Corey Worcester
Corey Worcester
Renita Sharma
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10038
Tel: (212) 849-7000
Fax: (212) 849-7100
coreyworcester@quinnemanuel.com
renitasharma@quinnemanuel.com

*Counsel for Defendants DiDi Global Inc., Will Wei Cheng, Jean Qing Liu, Stephen Jingshi Zhu, Alan Yue Zhuo, and Adrian Perica*

Scott Musoff
Robert Fumerton
Michael Griffin
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3902
Fax: (212) 777-3902
smusoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Defendant DiDi Global Inc.*

Dated: March 28, 2024

/s/ Phillip Kim
Phillip Kim
Laurence Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

/s/ Jonathan Rosenberg
Jonathan Rosenberg
Abby F. Rudzin
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
jrosenberg@omm.com
arudzin@omm.com

*Counsel for Defendants Goldman Sachs (Asia) L.L.C.; Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; BofA Securities, Inc.; Barclays Capital Inc.; Citigroup Global Markets Inc.; HSBC Securities (USA) Inc.; UBS Securities LLC; Mizuho Securities USA*

2

/s/ Jeffrey T. Scott
Jeffrey T. Scott
Andrew M. Kaufman
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-3082
Fax: (212) 291-9138
scottj@sullcrom.com
kaufmana@sullcrom.com

Counsel for *Defendant Kentaro Matsui*

/s/ Matthew S. Kahn
Matthew S. Kahn
One Embarcadero Center
Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
mkahn@gibsondunn.com

Michael D. Celio (admitted *pro hac vice*)
Kevin J. White
310 University Avenue
Palo Alto, California 94301
Telephone: (650) 849-5300
Facsimile:      (650) 949-5333
mcelio@gibsondunn.com
kwhite@gibsondunn.com

Counsel fo*r Defendant Martin Chi Ping Lau*

LLC; and China Renaissance Securities (US) Inc.

/s/ Sheryl Shapiro Bassin
Sheryl Shapiro Bassin
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (866) 974-7329
SBassin@wsgr.com

Ignacio E. Salceda (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Tel: (650) 493-9300
Fax: (866) 974-7329
ISalceda@wsgr.com

*Counsel for Defendant Zhiyi Chen*

/s/ Stephen P. Blake
Stephen P. Blake
Bo Bryan Jin
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
sblake@stblaw.com
bryan.jin@stblaw.com

*Counsel for Defendant Daniel Yong Zhang*

**SO ORDERED.**

DATED: _____

_____
Hon. Lewis A. Kaplan, U.S. District Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 28th day of March 2024, this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Corey Worcester*