UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/24

| | |
|---|---|
| IN RE DIDI GLOBAL INC. SECURITIES LITIGATION | Master Docket 1:21-cv-05807-LAK<br><br>This Document Relates To: All Actions |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER THE CONSOLIDATED SECOND AMENDED COMPLAINT AND FOR INITIAL CASE MANAGEMENT DEADLINES**

WHEREAS, on March 14, 2024, this Court issued an Opinion Denying Defendants' Motions to Dismiss the Consolidated Second Amended Complaint (ECF No. 158);

WHEREAS, Defendants' answers to the Consolidated Second Amended Complaint are due no later than March 28, 2024;

WHEREAS, the parties have met and conferred and agreed to extend Defendants' time to file answers to the Consolidated Second Amended Complaint until May 28, 2024;

WHEREAS, no prior requests for similar extensions to Defendants' answer deadline have been previously made;

WHEREAS, all parties consent to this extension; and

WHEREAS, the parties have met and conferred and agreed upon additional initial case management deadlines.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. Plaintiffs shall provide to Defendants a proposed report and discovery plan pursuant to Rule 26(f) no later than April 5, 2024.

2. The parties shall meet and confer pursuant to Rule 26(f) no later than April 19, 2024.

1

3. The parties shall file a Rule 26(f) report and proposed scheduling order no later than May 3, 2024.

4. Defendants shall file their answers to the Consolidated Second Amended Complaint no later than May ~~28~~ 3, 2024.

5. The parties shall exchange initial disclosures pursuant to Rule 26(a) no later than ~~June 11~~ May 3, 2024.

| | |
|---|---|
| Respectfully submitted, | Dated: March 28, 2024 |
| */s/ Corey Worcester* | */s/ Phillip Kim* |
| Corey Worcester | Phillip Kim |
| Renita Sharma | Laurence Rosen |
| Quinn Emanuel Urquhart & Sullivan, LLP | The Rosen Law Firm, P.A. |
| 51 Madison Avenue, 22nd Floor | 275 Madison Avenue, 40th Floor |
| New York, New York 10038 | New York, New York 10016 |
| Tel: (212) 849-7000 | Tel: (212) 686-1060 |
| Fax: (212) 849-7100 | Fax: (212) 202-3827 |
| coreyworcester@quinnemanuel.com | pkim@rosenlegal.com |
| renitasharma@quinnemanuel.com | lrosen@rosenlegal.com |
| | |
| *Counsel for Defendants DiDi Global Inc., Will Wei Cheng, Jean Qing Liu, Stephen Jingshi Zhu, Alan Yue Zhuo, and Adrian Perica* | *Lead Counsel for Lead Plaintiff and the Class* |
| | */s/ Jonathan Rosenberg* |
| | Jonathan Rosenberg |
| Scott Musoff | Abby F. Rudzin |
| Robert Fumerton | O'MELVENY & MYERS LLP |
| Michael Griffin | 7 Times Square |
| Skadden, Arps, Slate, Meagher & Flom LLP | New York, NY 10036 |
| One Manhattan West | Tel: (212) 326-2000 |
| New York, New York 10001 | jrosenberg@omm.com |
| Tel: (212) 735-3902 | arudzin@omm.com |
| Fax: (212) 777-3902 | |
| smusoff@skadden.com | *Counsel for Defendants Goldman Sachs (Asia) L.L.C.; Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; BofA Securities, Inc.; Barclays Capital Inc.; Citigroup Global Markets Inc.; HSBC Securities (USA) Inc.; UBS Securities LLC; Mizuho Securities USA* |
| robert.fumerton@skadden.com | |
| michael.griffin@skadden.com | |
| | |
| *Counsel for Defendant DiDi Global Inc.* | |

/s/ Jeffrey T. Scott
Jeffrey T. Scott
Andrew M. Kaufman
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-3082
Fax: (212) 291-9138
scottj@sullcrom.com
kaufmana@sullcrom.com

Counsel for *Defendant Kentaro Matsui*


/s/ Matthew S. Kahn
Matthew S. Kahn
One Embarcadero Center
Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
mkahn@gibsondunn.com

Michael D. Celio (admitted *pro hac vice*)
Kevin J. White
310 University Avenue
Palo Alto, California 94301
Telephone: (650) 849-5300
Facsimile:   (650) 949-5333
mcelio@gibsondunn.com
kwhite@gibsondunn.com

Counsel for *Defendant Martin Chi Ping Lau*

LLC; and China Renaissance Securities (US) Inc.

/s/ Sheryl Shapiro Bassin
Sheryl Shapiro Bassin
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (866) 974-7329
SBassin@wsgr.com

Ignacio E. Salceda (admitted *pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Tel: (650) 493-9300
Fax: (866) 974-7329
ISalceda@wsgr.com

*Counsel for Defendant Zhiyi Chen*

/s/ Stephen P. Blake
Stephen P. Blake
Bo Bryan Jin
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
sblake@stblaw.com
bryan.jin@stblaw.com

*Counsel for Defendant Daniel Yong Zhang*


SO ORDERED

*[signature]*

3/28/24

3