**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

WRITER'S EMAIL ADDRESS
**coreyworcester@quinnemanuel.com**

May 10, 2024

<u>VIA ECF</u>

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *In re Didi Global Inc. Securities Litigation (S.D.N.Y.), Case No. 1:21-cv-05807-LAK***

Dear Judge Kaplan:

  I write regarding the Case Management Conference currently scheduled for May 22, 2024 at 2:00 p.m.

  Quinn Emanuel Urquhart & Sullivan, LLP represents DiDi Global Inc. ("DiDi" or the "Company") in the above-referenced action.  I am aware that your individual practices require the attendance of lead trial counsel at all conferences.  Unfortunately, I will be out of the country for an arbitration until June 17 and will be unable to attend the May 22, 2024 conference.

  Additionally, I understand that Mr. Fumerton, of Skadden Arps Slate Meagher & Flom LLP, also counsel to DiDi, and Mr. Rosen, of The Rosen Law Firm, counsel for Plaintiffs, have a previously scheduled conference on the afternoon of May 22, 2024 in another action.  I write on Mr. Fumerton's behalf to raise that issue as well.

  Accordingly, if the Court would like me to be present, I respectfully request that the Case Management Conference be adjourned to a date after June 17.  In the alternative, I request that the Court grant permission for my partner Renita Sharma to attend the conference in my place and reschedule the conference to a date convenient to the Court.

  Plaintiffs do not object to this request given the aforementioned conflicts.  There have been no prior requests for an adjournment of the Case Management Conference.

  I am available should Your Honor have any questions or concerns.

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM |
MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI |
SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ R. Corey Worcester*

R. Corey Worcester

cc:  All counsel of record via ECF