```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE DIDI GLOBAL INC. SECURITIES
LITIGATION

This document applies to:     All actions
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Master Docket
21-cv-05807 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Counsel shall provide to the Court via e-mail a courtesy copy of ECF No. 182, the proposed scheduling order, in .doc, .docx, or .wpd file format.

       SO ORDERED.

Dated:     May 28, 2024

                                        Lewis A. Kaplan
                                   United States District Judge