**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE DIDI GLOBAL INC. SECURITIES
LITIGATION

-----------------------------------------------------------------X

**21-CV-5807 (LAK) (VF)**

**ORDER SCHEDULING**
**CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference in this matter to address the issues raised at ECF No. 199 is hereby

scheduled for **Tuesday, October 1, 2024 at 10:00 a.m.** Counsel for the parties are directed to

call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929;**

**access code [9781335].**

 **SO ORDERED.**

DATED:    New York, New York
          September 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge