UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE DIDI GLOBAL INC. SECURITIES
LITIGATION

-----------------------------------------------------------------X

21-CV-5807 (LAK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons stated during the October 1, 2024 conference, the motion at ECF No. 199 is hereby terminated.

A discovery conference is hereby scheduled for **Thursday, November 7, 2024 at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

SO ORDERED.

DATED:   New York, New York
         October 1, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge