

November 5, 2024

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated:** 11/6/2024
>
> The status conference scheduled for November 7, 2024 is hereby rescheduled for **December 3, at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please call (646) 453-4442; access code [969253263#].**

Re:   *In re DiDi Global Inc. Securities Litigation*, No. 1:21-cv-05807-LAK: Request to Postpone November 7, 2024 Conference

Dear Judge Figueredo:

Following the October 1, 2024 hearing before Your Honor concerning Plaintiffs' Motion to Compel DiDi Defendants to Produce Documents, the Court scheduled a discovery conference for November 7, 2024. ECF No. 210. The parties continue to work through the issues discussed at the October 1, 2024 hearing in an effort to resolve those issues without further intervention from the Court. Therefore, the parties jointly request that the Court postpone the November 7, 2024 conference until December 3rd, 2024, December 4th, 2024, or any other date that is convenient for the Court. The parties have not previously requested an adjournment of this conference.

Respectfully submitted,

 */s/ Corey Worcester*

Corey Worcester
Renita Sharma
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10038
Tel: (212) 849-7000
Fax: (212) 849-7100
coreyworcester@quinnemanuel.com
renitasharma@quinnemanuel.com

Scott Musoff
Robert Fumerton
Michael Griffin
Skadden, Arps, Slate, Meagher & Flom LLP

 */s/ Laurence Rosen*

Phillip Kim
Laurence Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

1

**THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827**

One Manhattan West
New York, New York 10001
Tel: (212) 735-3902
Fax: (212) 777-3902
smusoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Defendants DiDi Global Inc., Will Wei Cheng, Jean Qing Liu, Stephen Jingshi Zhu, Alan Yue Zhuo, and Adrian Perica*

2

**THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827**