**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**21-CV-5807 (LAK) (VF)**

IN RE DIDI GLOBAL INC. SECURITIES
LITIGATION

**ORDER**

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The discovery conference that was scheduled for December 3, 2024 is hereby rescheduled for **Monday December 9, 2024 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [450 157 543#].** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 226.

**SO ORDERED.**

DATED:    New York, New York
          December 3, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge