UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

21-CV-5807 (LAK) (VF)

**ORDER**

IN RE DIDI GLOBAL INC. SECURITIES
LITIGATION

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On December 9, 2024, the Court held a second conference to continue discussing Plaintiffs' letter motion to compel certain discovery from DiDi Global, Inc. ("DiDi"), filed at ECF No. 199. At the conference, the Court asked DiDi to provide certain additional information for specific RFPs still in dispute between the parties. On December 13, 2024, via e-mail to chambers, with counsel for Plaintiffs copied on the e-mail, DiDi provided that additional information. As it relates to RFPs 18(ii), 18(iv), and 47(c), the parties have reached agreement and there is no longer a dispute. If the parties cannot reach a compromise as to RFPs 18(i) and 18(ii), the parties should notify the Court and another conference can be scheduled to address those RFPs.

SO ORDERED.

DATED:   New York, New York
         December 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge