THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen
Phillip Kim
Jing Chen
Daniel Tyre-Karp
Robin Howald
275 Madison Ave, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
　　　　pkim@rosenlegal.com
　　　　jchen@rosenlegal.com
　　　　dtyrekarp@rosenlegal.com
　　　　rhowald@rosenlegal.com

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DIDI GLOBAL INC. SECURITIES LITIGATION<br><br>This Document Related To: All Actions | Master Docket<br><br>21-CV-5807 (LAK)(VF)<br><br>**NOTICE OF MOTION AND MOTION TO APPOINT ALAKA HOLDINGS, LTD. AS LEAD PLAINTIFF IN PLACE OF JUNHONG CAO**<br><br><u>CLASS ACTION</u> |

PLEASE TAKE NOTICE that pursuant to the Securities Act of 1933 (the "Securities Act")

and the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private

Securities Litigation Reform Act of 1995 (the "PSLRA") and Fed. R. Civ. P. 21, Junhong Cao

("Cao") and Alaka Holdings, Ltd. ("Alaka" and together "Movants") hereby moves this Court, the

Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order (1) removing Cao

as Lead Plaintiff and dismissing her individual claims from this action; and (2) substituting Alaka as Lead Plaintiff in this action in her stead.

In support of this Motion, Movants submit: (1) a Memorandum of Law in support of this Motion dated January 6, 2025; (2) the Declaration of Laurence Rosen in Support of Motion to appoint Alaka Holdings, Ltd. as lead plaintiff in place of Junhong Cao (and exhibits); and (3) a [Proposed] Order granting this Motion.

Plaintiffs have conferred with counsel for Defendants and they take no position on this motion.

Dated: January 6, 2025                                      Respectfully submitted,

                                                            **THE ROSEN LAW FIRM, P.A.**

                                                            By: /s/*Laurence Rosen*
                                                            Laurence M. Rosen
                                                            Phillip Kim
                                                            Jing Chen
                                                            Daniel Tyre-Karp
                                                            Robin Howald
                                                            275 Madison Ave, 40th Floor
                                                            New York, New York 10016
                                                            Telephone: (212) 686-1060
                                                            Fax: (212) 202-3827
                                                            Email: lrosen@rosenlegal.com
                                                                   pkim@rosenlegal.com
                                                                   jchen@rosenlegal.com
                                                                   dtyrekarp@rosenlegal.com
                                                                   rhowald@rosenlegal.com

                                                            *Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system**.**

/s/*Laurence Rosen*
Laurence M. Rosen