# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DIDI GLOBAL INC. SECURITIES LITIGATION | CASE NO. 21-CV-5807 (LAK)(VF) <br><br> **[PROPOSED] ORDER GRANTING MOTION TO APPOINT ALAKA HOLDINGS, LTD. AS LEAD PLAINTIFF IN PLACE OF JUNHONG CAO** <br><br> <u>CLASS ACTION</u> |

Having considered the motion to appoint Alaka Holdings, Ltd. as lead plaintiff in place of Junhong Cao, and good cause appearing therefore,

IT IS ORDERED THAT:

1. Junhong Cao is removed as lead plaintiff and her individual claims are dismissed; and

2. Alaka Holdings Ltd. is appointed as lead plaintiff.

SO ORDERED:


Dated: _____, 2025

_____
Hon. Lewis A. Kaplan
United States District Judge

1