UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DIDI GLOBAL INC. SECURITIES LITIGATION | Master Docket 1:21-cv-05807-LAK <br><br> This Document Relates To:  All Actions |

**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

WHEREAS, on January 6, 2025, Plaintiffs filed a Motion for Class Certification (ECF No. 261; the "Motion");

WHEREAS, Defendants' responses to the Motion are due no later than February 5, 2025;

WHEREAS, to accommodate the scheduling of depositions, the parties have met and conferred and agreed to extend Defendants' time to file responses to the Motion until March 7, 2025, and Plaintiffs' time to file their reply in further support of the Motion until April 9, 2025;

WHEREAS, no prior requests for similar extensions to Defendants' deadline to respond to the Motion nor Plaintiffs' deadline to file a reply in further support of the Motion have been previously made;

WHEREAS, all parties consent to this extension.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that Defendants shall file their responses to the Motion no later than March 7, 2025, and Plaintiffs shall file their reply in further support of their Motion no later than April 9, 2025.

1

Respectfully submitted,

  /s/ *Corey Worcester*
Corey Worcester
Renita Sharma
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100
coreyworcester@quinnemanuel.com
renitasharma@quinnemanuel.com

*Counsel for Defendants DiDi Global Inc., Will Wei Cheng, Jean Qing Liu, Stephen Jingshi Zhu, Alan Yue Zhuo, and Adrian Perica*

Scott Musoff
Robert Fumerton
Michael Griffin
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3902
Fax: (212) 777-3902
smusoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Defendant DiDi Global Inc.*

  /s/ *Jeffrey T. Scott*
Jeffrey T. Scott
Emily R. Grasso
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
Tel:  (212) 558-3082
Fax:  (212) 291-9138
scottj@sullcrom.com
grassoe@sullcrom.com

Counsel for *Defendant Kentaro Matsui*

Dated:  January 24, 2025

  /s/ *Laurence Rosen*
Phillip Kim
Laurence Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

  /s/ *Jonathan Rosenberg*
Jonathan Rosenberg
Abby F. Rudzin
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
jrosenberg@omm.com
arudzin@omm.com

*Counsel for Defendants Goldman Sachs (Asia) L.L.C.; Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; BofA Securities, Inc.; Barclays Capital Inc.; Citigroup Global Markets Inc.; HSBC Securities (USA) Inc.; UBS Securities LLC; Mizuho Securities USA LLC; and China Renaissance Securities (US) Inc.*

  /s/ *Sheryl Shapiro Bassin*
Sheryl Shapiro Bassin
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (866) 974-7329
sbassin@wsgr.com

Ignacio E. Salceda (admitted *pro hac vice*)

2

| | |
|---|---|
| /s/ *Matthew S. Kahn* | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| Matthew S. Kahn | 650 Page Mill Road |
| One Embarcadero Center | Palo Alto, California 94304 |
| Suite 2600 | Tel: (650) 493-9300 |
| San Francisco, California 94111 | Fax: (866) 974-7329 |
| Telephone: (415) 393-8200 | ISalceda@wsgr.com |
| Facsimile: (415) 393-8306 | |
| mkahn@gibsondunn.com | *Counsel for Defendant Zhiyi Chen* |

Michael D. Celio (admitted *pro hac vice*)
Kevin J. White
310 University Avenue
Palo Alto, California 94301
Telephone: (650) 849-5300
Facsimile:       (650) 949-5333
mcelio@gibsondunn.com
kwhite@gibsondunn.com

Counsel fo*r Defendant Martin Chi Ping Lau*

/s/ *Stephen P. Blake*
Stephen P. Blake
Bo Bryan Jin
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
sblake@stblaw.com
bryan.jin@stblaw.com

*Counsel for Defendant Daniel Yong Zhang*

**SO ORDERED.**

DATED:  1/27/25

_____
Hon. Valerie Figueredo, U.S. Magistrate Judge