USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-25

# The Rosen Law Firm
INVESTOR COUNSEL

February 3, 2025

The Honorable Lewis A. Kaplan
United States District Court, Southern District Court of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

LEWIS A. KAPLAN, USDJ
2/4/25

Re: *In re DiDi Global Inc. Secs. Litig., No. 1:21-cv-05807*

Dear Judge Kaplan:

We represent Plaintiffs in the above-referenced matter. Pursuant to the Confidentiality Stipulation and Protective Order (ECF 190), SDNY Local Rule 6.8, and Your Honor's Individual Filing Practices, we write to request permission to file under seal Plaintiffs' Letter Motion to Compel Defendant DiDi's Production of Documents and certain exhibits attached.

Plaintiffs have attached as exhibits to their Motion documents that have been designated confidential under the Protective Order or documents that contain discussions of such confidential information. Plaintiffs ask the Court to seal the following documents because they are confidential or contain confidential information:

1. DiDi's PRC Law Withhold Log, dated December 16, 2024 (Exhibit 2)
2. DiDi's Amended PRC Law Withhold Log, dated December 27, 2024 (Exhibit 3)
3. DiDi's Supplemental PRC Law Withhold Log, dated January 14, 2025 (Exhibit 4)
4. DiDi's PRC Law Redaction Log, dated December 16, 2024 (Exhibit 5)
5. Letter from DiDi's Counsel, dated July 18, 2024 (Exhibit 6)
6. Letter from Plaintiffs' Counsel, dated October 1, 2024 (Exhibit 7)
7. Letter from DiDi's Counsel, dated October 14, 2024 (Exhibit 8)
8. Letter from Plaintiffs' Counsel, dated November 29, 2024 (Exhibit 9)
9. Declaration of Professor Zhang Hong (Exhibit 10)
10. Document produced by DiDi (DIDI00421889) (Exhibit 11)
11. Document produced by China Renaissance (CRS-DIDI-00004403) (Exhibit 12)
12. Document produced by DiDi (DIDI00152729) (Exhibit 13)
13. Document produced by Morgan Stanley (MS-DIDI-00199226) (Exhibit 14)
14. Document produced by DiDi (DIDI00052737) (Exhibit 15)
15. Document produced by Goldman Sachs (GS-DIDI-00270411) (Exhibit 16)
16. Document produced by DiDi (DIDI00153432) (Exhibit 17)

The foregoing exhibits were designated "Confidential" under the Protective Order. The Protective Order provides that all "documents designated as "CONFIDENTIAL" shall not be disclosed to any person" other than, *inter alia*, the parties, their counsel, the Court, and other individuals agreed to by the parties. (ECF 190, ¶ 7.) Defendants' designation of the materials as Confidential under the Protective Order indicates that they may contain sensitive, proprietary or confidential information about their business and operations.

Courts permit sealing requests that are narrowly tailored to prevent unauthorized dissemination of confidential business information, the protection of which outweighs the public's right of access. *Samsung Electronics Co., Ltd. v. Microchip Technology Inc.*, 2024 WL 4169353, at *3 (S.D.N.Y. Sept. 12, 2024); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006) ("documents may be sealed if specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest"); *see e.g., Fairstein v. Netflix, Inc.*, 2023 WL 6164293, at *4 (S.D.N.Y. Sept. 21, 2023) (granting request to seal "proprietary and confidential materials about business operations."); *see also Kewazinga Corp. v. Google LLC*, 2021 WL 1222122, at *7 (S.D.N.Y. July 17, 2024) (granting in part motion to seal confidential technical information to extent redactions narrowly tailored).

The Appendix below lists the parties and their counsel of record who should have access to the sealed documents.

Respectfully submitted,

*/s/ Laurence Rosen*

Laurence Rosen


cc: All counsel of record via ECF

Appendix

**Defendants**

**Defendants Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, BofA Securities Inc., Barclays Capital Inc., Citigroup Global Markets Inc., China Renaissance Securities (US) Inc., HSBC Securities (USA) Inc., UBS Securities LLC, and Mizuho Securities USA LLC**

O'MELVENY & MYERS LLP

Jonathan Rosenberg
Abby F. Rudzin

**Defendant DiDi Global Inc.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Michael Charles Griffin
Robert Alexander Fumerton
Scott D. Musoff

QUINN EMANUEL URQUHART & SULLIVAN LLP

Renita Sharma
Richard Corey Worcester

**Defendants Will Wei Cheng, Alan Yue Zhuo, Jean Qing Liu, Jingshi Zhu, and Adria Perica**

QUINN EMANUEL URQUHART & SULLIVAN LLP

Renita Sharma
Richard Corey Worcester

**Defendant Zhiyi Chen**

WILSON SONSINI GOODRICH & ROSATI, P.C.

Sheryl Shapiro Bassin
Alexander Luhring
Ignacio E. Salceda

**Defendant Martin Chi Ping Lau**

GIBSON, DUNN & CRUTCHER LLP

Matthew Stewart Khan
Kevin James White

3

Michael D. Celio

**Defendant Kentaro Matsui**

BLANK ROME LLP

Andrew Mitchell Kaufman
Emily Grasso

SULLIVAN AND CROMWELL

Jefferey T. Scott

QUINN EMANUEL URQUHART & SULLIVAN LLP

Renita Sharma
Richard Corey Worcester

**Defendant Daniel Yong Zhang**

SIMPSON THACHER & BARTLETT LLP

Bo Bryan Jin
Stephen Patrick Blake

QUINN EMANUEL URQUHART & SULLIVANT LLP

Renita Sharma
Richard Corey Worcester

AKIN GUMP STRAUSS HAUER & FELD LLP

Ziwei Xiao

**Plaintiffs**

THE ROSEN LAW FIRM, P.A.

Laurence M. Rosen
Jing Chen
Daniel Tyre-Karp
Robin Howald
Yitzchok Fishbach

GLANCY PRONGAY & MURRAY LLP

Kara Wolke
Leanne Heine Solish