# Exhibit 4
FILED UNDER SEAL
IN ITS ENTIRETY