# Exhibit 5

FILED UNDER SEAL
IN ITS ENTIRETY