**quinn emanuel** trial lawyers | new york

295 Fifth Avenue, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-25

WRITER'S DIRECT DIAL NO.
(212) 849-7471

WRITER'S EMAIL ADDRESS
coreyworcester@quinnemanuel.com

March 3, 2025

VIA ECF

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *In re Didi Global Inc. Securities Litigation* (S.D.N.Y.), Case No. 1:21-cv-05807-LAK
     DiDi's Request for Extension to Respond to Plaintiffs' Motion to Compel (Dkt. 313)

Dear Judge Kaplan:

Defendant DiDi Global Inc. ("DiDi") respectfully requests that the Court grant it an additional two weeks, until March 18, 2025, to respond to Plaintiffs' Letter Motion to Compel DiDi's Responses to Interrogatories (ECF No. 313; the "Motion"), filed on February 28, 2025.[1] DiDi has conferred with Plaintiffs, and Plaintiffs consent to this request.

Plaintiffs filed the Motion the evening of February 28, 2025, attaching roughly 190 pages of material as exhibits, including an expert report, the English portion of which is 65 pages long. DiDi requests additional time to sufficiently review and respond to the volume of material produced by Plaintiffs along with the Motion, including, specifically, the expert report of Professor Zhang Hong (ECF No. 313-4; the "Hong Report") and consider new arguments related to the interrogatories for which Plaintiffs now seek to compel responses.

DiDI has not previously requested any extension of the deadline to respond to the Motion.

---

[1] We submit this letter to Your Honor at this time so as to attempt to comply with the Court's rules, which require that requests for extensions be submitted two business days before the due date. However, because we did not receive the Motion until the evening of February 28, we were not able to request an extension within the time prescribed by the Court's rules.

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM |
MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI |
SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ R. Corey Worcester*

R. Corey Worcester

cc: All counsel of record via ECF

Granted to extent that Time extended to and including 3/11/25

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

3/3/25