UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DIDI GLOBAL INC. SECURITIES LITIGATION | Master Docket 1:21-cv-05807-LAK<br><br>This Document Relates to: All Actions |

**JOINT STIPULATION AND [PROPOSED]
ORDER REGARDING MOTION TO SEAL**

WHEREAS, on April 10, 2025, the Court entered an order requiring Plaintiffs to file by May 1, 2025, a motion to keep under seal the exhibits attached to their Reply in Support of Class Certification by May 1, 2025 ("Plaintiffs' Reply," Dkt. No. 349);

WHEREAS, under the Confidentiality Stipulation and Protective Order ("Protective Order," Dkt. No. 190), the party that produced materials designated "For Attorneys' Eyes Only" can file within three days from the filing date of so designated material a letter explaining the reasons for keeping that material sealed (*id.* ¶ 14);

WHEREAS, Underwriter Defendant Goldman Sachs (Asia) L.L.C. produced materials designated "For Attorneys' Eyes Only" under the Protective Order and filed under seal as exhibits to Plaintiffs' Reply (Dkt. No. 348);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the signatory parties, subject to the Court's approval, that

1. The Underwriter Defendants will submit on May 1, 2025, a letter in support of Plaintiffs' motion to seal explaining the reasons for keeping the exhibits attached to Plaintiffs' Reply sealed.

IT IS SO ORDERED.

DATED: _____          _____
                                                                                          THE HONORABLE VALERIE FIGUEREDO
                                                                                          UNITED STATES MAGISTRATE JUDGE

Dated:  April 14, 2025				Respectfully submitted,

						<u>/s/ Laurence Rosen</u>
						Phillip Kim
						Laurence Rosen
						The Rosen Law Firm, P.A.
						275 Madison Avenue, 40th Floor
						New York, New York 10016
						Tel:  (212) 686-1060
						Fax:  (212) 202-3827
						pkim@rosenlegal.com
						lrosen@rosenlegal.com

						*Lead Counsel for Lead Plaintiff and the Class*

						<u>/s/ Jonathan Rosenberg</u>
						Jonathan Rosenberg
						Abby F. Rudzin
						O'MELVENY & MYERS LLP
						1301 Avenue of the Americas
						New York, NY 10019
						Tel:  (212) 326-2000
						jrosenberg@omm.com
						arudzin@omm.com

						*Attorneys for Defendants Goldman Sachs (Asia) L.L.C.; Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; BofA Securities, Inc.; Barclays Capital Inc.; Citigroup Global Markets Inc.; HSBC Securities (USA) Inc.; UBS Securities LLC; and Mizuho Securities USA LLC; and China Renaissance Securities (US) Inc.*