May 5, 2025

**VIA ECF**
The Honorable Lewis Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

    Re:    *In re DiDi Global Inc. Securities Litigation*, No. 1:21-cv-05807-LAK:
            Letter Regarding Plaintiffs' Motion for Extension

Dear Judge Kaplan:

       I write on behalf of defendant DiDi Global Inc. ("DiDi"). On May 2, 2025, Plaintiffs filed a Letter Motion for Extension of Time of Discovery Deadlines (the "Motion"). ECF Nos. 359-60. The Motion is seven pages long, which indicates that Plaintiffs do not believe the Motion falls within the "Discovery Disputes" section of Your Honor's Individual Rules of Practice, which would otherwise limit such letter motions to four pages. Accordingly, DiDi understands that its opposition to the Motion is not governed by the schedule set forth in the "Discovery Disputes" section of Your Honor's Individual Rules of Practice. Nevertheless, DiDi plans to file an opposition by Wednesday, May 7.

                                                    Respectfully submitted,

                                                    */s/ Corey Worcester*

                                                    Corey Worcester
                                                    Renita Sharma
                                                    QUINN EMANUEL URQUHART &
                                                    SULLIVAN, LLP
                                                    295 Fifth Avenue
                                                    New York, New York 10016
                                                    Tel: (212) 849-7000
                                                    Fax: (212) 849-7100
                                                    coreyworcester@quinnemanuel.com
                                                    renitasharma@quinnemanuel.com

                                                    Scott Musoff
                                                    Robert Fumerton
                                                    Michael Griffin
                                                    SKADDEN, ARPS, SLATE,
                                                    MEAGHER & FLOM LLP
                                                    One Manhattan West
                                                    New York, New York 10001
                                                    Tel: (212) 735-3902

Fax: (212) 777-3902
smusoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Defendant DiDi Global Inc.*
