May 7, 2025

**VIA ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *In re DiDi Global Inc. Securities Litigation*, No. 1:21-cv-05807-LAK:
              Joint Request for One-Week Extension to Plaintiffs' Sur-Sur-Reply Deadline

Dear Judge Figueredo:

    On April 17, 2025, the parties submitted a stipulation for additional briefing concerning Plaintiffs' motion for class certification to address an argument that Plaintiffs raised in their reply brief, as well as an expert report in support of the same.  ECF No. 352.  The Court so-ordered that stipulation and ordered that DiDi's sur-reply would be due May 19, 2025, and Plaintiffs' sur-sur-reply would be due May 30, 2025.  ECF No. 353.

    DiDi intends to submit an expert report in support of its sur-reply, and Plaintiffs have indicated that they would like to depose DiDi's expert, as DiDi has deposed Plaintiffs expert.  The parties have discussed scheduling this deposition, and the only date that works for the parties and the expert the week of May 19 is Wednesday, May 21, which is only one and a half days after DiDi's expert's report will be submitted (since it is due by 11:59pm on May 19), which Plaintiffs believe will not afford them enough time to adequately prepare for the deposition.  DiDi also offered Wednesday, May 28, but Plaintiffs believe this would not allow them sufficient time to receive the deposition transcript and incorporate it into their sur-sur-reply, which is due two days later, May 30, 2025.  Accordingly, the parties jointly request a one-week extension of the deadline for Plaintiffs to submit their sur-sur-reply, to June 6, 2025.

    The parties have not previously requested an adjournment of this deadline.[1]

    Respectfully submitted,

| */s/ Corey Worcester* | */s/ Laurence Rosen* |
|---|---|
| Corey Worcester | Laurence Rosen |
| Renita Sharma | Phillip Kim |
| Sam Cleveland | The Rosen Law Firm, P.A. |
| Quinn Emanuel Urquhart & Sullivan, LLP | 275 Madison Avenue, 40th Floor |
| | New York, New York 10016 |

---

[1] The parties note that their stipulation set June 9, 2025 as the deadline for Plaintiffs' sur-sur-reply, which the Court then revised to May 30, 2025.  But given the difficulty scheduling DiDi's expert's deposition, the parties believe that an extension is warranted, notwithstanding the Court's previous shortening of Plaintiffs' deadline to file their sur-sur-reply.

295 Fifth Avenue
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100
coreyworcester@quinnemanuel.com
renitasharma@quinnemanuel.com
samcleveland@quinnemanuel.com

Scott Musoff
Robert Fumerton
Michael Griffin
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3902
Fax: (212) 777-3902
smusoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Defendants DiDi Global Inc., Will Wei Cheng, Jean Qing Liu, Stephen Jingshi Zhu, Alan Yue Zhuo, and Adrian Perica*

Tel: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*