

**The Rosen Law Firm**

INVESTOR COUNSEL

May 8, 2025

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *In re DiDi Global Inc. Secs. Litig., No. 1:21-cv-05807*

Dear Judge Kaplan:

     We represent Lead Plaintiff Alaka Holdings Ltd., and named plaintiffs Shereen El-Nahas, Daniil Alimov, Bosco Wang, and Njal Larson (collectively, "Plaintiffs"), in the above-referenced matter. Plaintiffs filed a Letter Motion for Extension of Time of Discovery Deadlines on May 2, 2025 (ECF 359, the "Motion"), and Defendant DiDi Global Inc. filed an opposition to the Motion on May 7, 2025 (ECF 363).

     I write to inform the Court that Plaintiffs intend to file a reply in further support of the Motion by Friday, May 9.

                                                                    Respectfully submitted,

                                                                   */s/ Laurence Rosen*

                                                                    Laurence Rosen