

May 28, 2025

The Honorable Lewis A. Kaplan
United States District Court, Southern District Court of New York
500 Pearl Street
New York, NY 10007

Re: *In re DiDi Global Inc. Secs. Litig.*, No. 1:21-cv-05807
**Correction to Plaintiffs' Memorandum of Law (ECF 371)**

Dear Judge Kaplan:

Plaintiffs write to notify the Court that Plaintiffs' counsel inadvertently omitted a signature block and certificate of service from their Memorandum of Law in Support of Motion to Compel DiDi's Production of Documents Withheld Under PRC Blocking Statutes (ECF 371). Plaintiffs will file a corrected version of the memorandum.

Plaintiffs' counsel apologizes for the error.

Respectfully submitted,

/s/ Laurence Rosen

Laurence Rosen

cc: All counsel of record via ECF