# DIDI GLOBAL INC'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DIDI'S PRODUCTION OF DOCUMENTS WITHHELD UNDER PRC BLOCKING STATUTES

## FILED ENTIRELY UNDER SEAL