# EXHIBIT 4



# New York State Unified Court System

Skip To: Content | Navigation

**Close**

## Attorney Online Services - Search

### Attorney Detail Report *as of 06/06/2025*

| | |
|---|---|
| **Registration Number:** | 4862462 |
| **Name:** | XIAOXIAO WANG |
| **Business Name:** | DIDI GLOBAL |
| **Business Address:** | BUILDING B, NO.28 SHANGDI WEST ROAD BEIJING 100185, CHINA |
| **Business Phone:** | |
| **Email:** | |
| **Date Admitted:** | 09/30/2010 |
| **Appellate Division Department of Admission:** | 3rd |
| **Law School:** | Northwestern University School of Law Chicago |
| **Registration Status:** | Currently registered |
| **Next Registration:** | Jun 2026 |

### Disciplinary History

*No record of discipline*

 The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

**Attorney Services**

Close