UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE DIDI GLOBAL INC. SECURITIES
LITIGATION

------------------------------------------------------------------X

21-CV-5807 (LAK) (VF)

**ORAL ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

Pending before the Court is Plaintiffs' motion for class certification. See ECF No. 261. Oral argument on that motion is hereby scheduled for **Wednesday, June 25, 2025 at 11 a.m.** in Courtroom 17A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

DATED:   New York, New York
         June 13, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge