# Reply Memorandum Of Law

# FILED UNDER SEAL IN ITS ENTIRETY