**quinn emanuel** trial lawyers | new york

295 Fifth Avenue, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7471

WRITER'S EMAIL ADDRESS
coreyworcester@quinnemanuel.com

> **MEMO ENDORSED**
>
> *[signature]*
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> Dated: 6/17/25
>
> Oral argument is hereby rescheduled for **Friday, June 27, 2025 at 11 a.m.** in Courtroom 17-A, 500 Pearl Street, New York, NY.
>
> The Clerk of Court is directed to terminate the motion at ECF No. 416.

June 16, 2025

**VIA ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *In re Didi Global Inc. Securities Litigation* (S.D.N.Y.), Case No. 1:21-cv-05807-LAK
Request for Adjournment of Oral Argument on Plaintiffs' Motion for Class Certification

Dear Judge Figueredo:

I write on behalf of Defendant DiDi Global Inc. ("DiDi") in connection with the above-captioned matter pursuant to Section 1.e of Your Honor's Individual Practices in Civil Cases.

On June 13, 2025, Your Honor issued an order scheduling oral argument on Plaintiffs' motion for class certification (ECF No. 261) for June 25, 2025 at 11:00 am EDT. ECF No. 408. Due to prior commitments in another case, counsel for DiDi is not available on that date and therefore respectfully requests that the argument be adjourned. DiDi has raised this issue with Plaintiffs, and Plaintiffs did not object to DiDi seeking an adjournment.

DiDi has conferred with Plaintiffs' counsel, and both parties are available on June 27, 2025. DiDi thus respectfully requests that the Court reschedule the oral argument to any time on June 27, 2025, subject to the Court's availability. Due to pre-existing travel plans, counsel for DiDi is not available again until after July 16. While the parties prefer that the argument be held on June 27, 2025, the parties are also available on July 17, 2025, and DiDi's counsel can make itself available on any day after that and prior to September 4, 2025.

The parties have not previously requested an adjournment of this argument date.

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

2

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ R. Corey Worcester*

R. Corey Worcester


cc:  All counsel of record via ECF