# GIBSON DUNN

Matthew S. Kahn
Partner
T: +1 415.393.8212
M: +1 650.291.1745
mkahn@gibsondunn.com

June 20, 2025

<u>VIA ECF</u>

Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *In re Didi Global Inc. Securities Litigation* **(S.D.N.Y.), Case No. 1:21-cv-05807-LAK**

Dear Judge Figueredo:

We represent Defendant Martin Lau in the above-captioned matter. Oral argument on Plaintiffs' motion for class certification (ECF No. 261) was recently scheduled for June 27, 2025 at 11:00 am EDT. ECF No. 417. We respectfully request permission to participate in that hearing by video conference or telephone. Mr. Lau's lead attorneys, including myself, are located in California. The proceeding will not be negatively impacted by our appearing remotely.

We thank you for your consideration of this request.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Matthew S. Kahn*

Matthew S. Kahn