# Simpson Thacher & Bartlett LLP

2475 HANOVER STREET
PALO ALTO, CA 94304

---

TELEPHONE: +1-650-251-5000
FACSIMILE: +1-650-251-5002

| Direct Dial Number | E-mail Address |
|---|---|
| +1-650-251-5068 | bryan.jin@stblaw.com |

**BY ECF**                                                                 June 24, 2025

Re:   **In re Didi Global Inc. Securities Litigation (S.D.N.Y.), Case No. 1:21-cv-05807-LAK**

Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Figueredo:

      We represent Defendant Daniel Yong Zhang in the above-captioned matter.  Oral argument on Plaintiffs' motion for class certification (ECF No. 261) was recently rescheduled for Friday, June 27, 2025, at 11:00 a.m. EDT (ECF No. 417).  We respectfully request permission to participate in that hearing via videoconferencing or telephone as Mr. Zhang's lead attorneys, including myself, are in California.  The proceeding will not be negatively impacted by our appearing remotely.

      We appreciate your consideration of this request.

      Respectfully Submitted,

      */s/ Bryan Jin*

      Bryan Jin

cc: All counsel of record via ECF