UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DIDI GLOBAL INC. SECURITIES LITIGATION | Master Docket 1:21-cv-05807-LAK<br><br>This Document Relates To:  All Actions |

**STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING OF PLAINTIFFS' FORTHCOMING MOTION TO COMPEL
DOCUMENTS REDACTED ON THE BASIS OF PRC LAW**

WHEREAS, Defendant DiDi Global, Inc. ("DiDi") served its Amended First Supplemental PRC Law Redaction Log and Amended Second Supplemental PRC Law Redaction Log on June 6, 2025 and its Amended Third Supplemental PRC Law Redaction Log (collectively, the "Redaction Logs") on June 12, 2025;

WHEREAS, Plaintiffs intend to move to compel over 100 of the 766 documents listed in the Redaction Logs;

WHEREAS, given Plaintiffs' beliefs concerning the volume of documents at issue and the complexity of the issues involved, the parties require additional pages and time – beyond those allowed for discovery disputes in Your Honor's Individual Practices and Rules – to brief Plaintiffs' forthcoming motion to compel.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. Plaintiffs' letter motion to compel shall be limited to eight single-spaced pages;

2. DiDi's opposition shall be limited to eight single-spaced pages and shall be filed within six business days of the filing of Plaintiffs' letter motion; and

1

3. Plaintiffs' reply (if necessary) in further support of their letter motion shall be limited to four single-spaced pages and shall be filed within three business days of the filing of DiDi's opposition.

| | |
|---|---|
| Respectfully submitted, | Dated: June 24, 2025 |
| */s/ Corey Worcester* | */s/ Laurence Rosen* |
| Corey Worcester | Phillip Kim |
| Renita Sharma | Laurence Rosen |
| Quinn Emanuel Urquhart & Sullivan, LLP | The Rosen Law Firm, P.A. |
| 51 Madison Avenue, 22nd Floor | 275 Madison Avenue, 40th Floor |
| New York, New York 10038 | New York, New York 10016 |
| Tel: (212) 849-7000 | Tel: (212) 686-1060 |
| Fax: (212) 849-7100 | Fax: (212) 202-3827 |
| coreyworcester@quinnemanuel.com | philkim@rosenlegal.com |
| renitasharma@quinnemanuel.com | lrosen@rosenlegal.com |
| *Counsel for Defendant DiDi Global, Inc.* | *Lead Counsel for Lead Plaintiff and the Class* |

**SO ORDERED.**

DATED: _____

_____
Hon. Lewis A. Kaplan, U.S. District Judge

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 24th day of June 2025, this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Laurence Rosen*