**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE DIDI GLOBAL INC. SECURITIES
LITIGATION

-----------------------------------------------------------------X

21-CV-5807 (LAK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Having reviewed the parties' motions to seal at ECF Nos. 262, 321, 344, 376, the Court find that sealing the subject documents is warranted under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) for the reasons set forth in the parties' respective motions. The motions to seal are therefore GRANTED. With regards to the documents filed at ECF Nos. 355-2 and 378-2, however, the parties are directed to file public versions with proposed redactions by **August 1, 2025**. See, e.g., Lugosch, 435 F.3d at 124 (explaining that sealing requests must be "narrowly tailored").

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 262, 321, 344, 376 and maintain the current viewing restrictions at ECF Nos. 263, 264, 322, 345, 346, 377, and 378.

**SO ORDERED.**

DATED:   New York, New York
         July 7, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge