UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

IN RE DIDI GLOBAL INC. SECURITIES
LITIGATION

----------------------------------------------------------------X

21-CV-5807 (LAK) (VF)

**SCHEDULING ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

The motion to compel at ECF No. 478 was referred to the undersigned. ECF No. 489. Defendants are directed to respond by **August 6, 2025**. A conference to address the dispute is hereby scheduled for **August 11, 2025 at 12 p.m.** in Courtroom 17A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

DATED:   New York, New York
         July 30, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge