**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

IN RE DIDI GLOBAL INC. SECURITIES
LITIGATION

------------------------------------------------------------------X

**21-CV-5807 (LAK) (VF)**

**SCHEDULING ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

The conference to address the dispute at ECF No. 478, scheduled for **August 11, 2025 at**

**12 p.m.**, will now take place over the telephone. Counsel for the parties are directed to call Judge

Figueredo's Teams conference line at the scheduled time. Please dial (315) 691-0477, passcode

[506860984#].

**SO ORDERED.**

DATED:      New York, New York
                    August 8, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge