

## The Rosen Law Firm
### INVESTOR COUNSEL

September 10, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-25

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court, Southern District Court of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re DiDi Global Inc. Secs. Litig.*, No. 1:21-cv-05807

Dear Judge Kaplan:

      We represent Class Representatives Alaka Holdings Ltd., Shereen El-Nahas, Daniil Alimov, Bosco Wang, and Njal Larson (collectively, "Plaintiffs"), in the above-referenced matter. On August 13, 2025, all of the parties to the action submitted a letter by courier to the Court informing the Court that the parties had reached a binding settlement in principle of the action, subject to a final stipulation of settlement and approval by the Court (the "Letter").

      The Letter requested that the Court stay all deadlines and proceedings, including all discovery deadlines, and hold in abeyance all pending motions in this case until October 16, 2025 to preserve the resources of the parties and the Court and to allow the parties to formalize the settlement agreement. The parties are in the process of negotiating the terms of the Stipulation of Settlement and expect to file a motion for approval of the provision of class notice and scheduling of a settlement approval hearing (and related dates) in mid-October.

      With dispositive motions and the joint pretrial order currently due on September 23, 2025, and opening expert reports due the following day, the parties respectfully request that the Court grant their earlier request to stay all deadlines as of August 13, 2025.

Respectfully submitted,

/s/ Laurence Rosen
Laurence Rosen

cc: All counsel of record via ECF

*Granted*

SO ORDERED

LEWIS A. KAPLAN, USDJ
9/11/25