UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE DIDI GLOBAL INC. SECURITIES LITIGATION

Master Docket
21-cv-5807 (LAK)

This document applies to:                 All Actions
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/29/2025
```

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Plaintiffs' counsel reportedly has told the press that these cases are being settled, subject to court approval, for a large sum and that they expect to finalize the documentation and submit the matter to the Court in October. In the circumstances, **all motions pending in any or all of these actions hereby are terminated**. This order is without prejudice to their reinstatement upon appropriate application to the Court in the event plaintiffs' expectations are not fulfilled by Hallowe'en.

      SO ORDERED.

Dated:      September 29, 2025

                                      Lewis A. Kaplan
                                 United States District Judge