

**VIA ECF**  October 13, 2025

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *In re DiDi Global Inc. Secs. Litig.*, **No. 1:21-cv-05807**
      **Status Update on Settlement Agreement and Motion for Approval of Class Notice**

Dear Judge Kaplan:

We represent Lead Plaintiff Alaka Holdings Ltd., and named plaintiffs Shereen El-Nahas, Daniil Alimov, Bosco Wang, and Njal Larson (collectively, "Plaintiffs"), in the above-referenced matter. We write to provide the Court an update on the status of the proposed Settlement Agreement and Motion for Approval of Notice to Class Members and related scheduling dates.

On September 26, 2025, we informed the Court that the parties were continuing to negotiate the class action Settlement Agreement and related exhibits and expected to sign the Settlement Agreement by October 15 and file a Motion for Approval of Notice to Class Members and related scheduling dates no later than October 29, 2025.

Defendants have not yet provided comments to the latest draft of the Settlement Agreement that Plaintiffs circulated on September 24 or to the related exhibits Plaintiffs circulated on September 26, 2025.

As a result, Plaintiffs will not be able to file a Motion for Approval of Notice to Class Members and related scheduling dates by October 31, 2025. *See* ECF 553.[1]

---

[1] Plaintiffs would like to clarify that neither Plaintiffs nor Plaintiffs' counsel have spoken with the press concerning the proposed settlement of this action. The September 10, 2025 *Reuters* article, entitled "DiDi Global's $740 million IPO settlement likely ready next month, plaintiffs' lawyer says," was not based on Plaintiffs' discussions with the press ("Reuters Article, available at https://www.reuters.com/sustainability/boards-policy-regulation/didi-globals-740-million-ipo-settlement-likely-ready-next-month-plaintiffs-2025-09-10/). Rather, the Reuters Article was based entirely on (i) a September 10, 2025 joint letter the parties filed in this action (ECF 550); and (ii) DiDi's August 28, 2025 press release concerning its second quarter results announcing that it had taken a "a one-time provision for the previously disclosed shareholder class action lawsuit of RMB5.3 billion (US$740 million) during the second quarter of 2025." *See* Reuters Article ("In a letter to U.S. District Judge Lewis Kaplan in Manhattan, the plaintiffs' lawyer said all parties are negotiating terms of a stipulation of settlement, and requested that all deadlines in

      Plaintiffs will update the Court on November 12, 2025, as to the status of the Settlement Agreement and the anticipated date for filing their Motion for Approval of Notice to Class Members.

                                                  Respectfully submitted,

                                                  */s/ Laurence Rosen*
                                                  Laurence Rosen

cc: All counsel of record via ECF

---

the case be put on hold. DiDi disclosed the settlement, last month when it set aside $740 million, equivalent to 5.3 billion yuan, for the accord, leading to an overall second-quarter loss.").