October 13, 2025

**VIA ECF**

The Honorable Lewis Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *In re DiDi Global Inc. Securities Litigation*, No. 1:21-cv-05807-LAK:
             Response to Plaintiffs' October 13, 2025 Status Update

Dear Judge Kaplan:

    We write on behalf of DiDi Global Inc. ("DiDi") in response to Plaintiffs' Status Update on Settlement Agreement and Motion for Approval of Class Notice (ECF No. 554). Plaintiffs did not confer with, or even notify, Defendants of their status update before filing it.

    DiDi has worked diligently over the last two weeks to respond to Plaintiffs' latest proposed revisions to the 50-page draft settlement agreement and Plaintiffs' first drafts of the supporting exhibits (which total 70 pages). As the Court is aware, there are more than a dozen defendants in this action, many represented by separate counsel and all of whom must review and provide input on each draft of all settlement papers. Plaintiffs specifically asked Defendants to provide combined comments on the drafts, and DiDi has been working to compile the comments from all Defendants. DiDi expects to provide Plaintiffs with combined comments on the current drafts in short order. DiDi remains committed to effecting the proposed settlement and is working expeditiously to finalize the agreement.

    Respectfully submitted,

    */s/ Corey Worcester*
    Corey Worcester
    Renita Sharma
    Sam Cleveland
    Quinn Emanuel Urquhart & Sullivan, LLP
    295 Fifth Avenue
    New York, New York 10016
    Tel: (212) 849-7000
    coreyworcester@quinnemanuel.com
    renitasharma@quinnemanuel.com
    samcleveland@quinnemanuel.com

Scott Musoff
Robert Fumerton
Michael Griffin
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3902
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Defendants DiDi Global Inc.*