The Rosen Law Firm
INVESTOR COUNSEL

MEMO ENDORSED

**VIA ECF**

November 13, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 11/14/25

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***In re DiDi Global Inc. Secs. Litig.*, No. 1:21-cv-05807**
**Status Update on Settlement Agreement and Motion for Approval of Class Notice**

Dear Judge Kaplan:

We represent Lead Plaintiff Alaka Holdings Ltd., and named plaintiffs Shereen El-Nahas, Daniil Alimov, Bosco Wang, and Njal Larson (collectively, "Plaintiffs"), in the above-referenced matter. We write to provide the Court an update on the status of the proposed Settlement Agreement and Motion for Approval of Notice to Class Members and related scheduling dates.

On October 13, 2025, we informed the Court that the parties were continuing to negotiate the class action Settlement Agreement and related exhibits and would provide a further update on the parties' efforts to finalize the Settlement.

The parties have made substantial progress towards finalizing the Settlement and have only a few remaining issues to resolve.

By November 30, Plaintiffs will either (i) provide a further update to the Court on the status of the Settlement, or (ii) file the proposed Settlement Agreement and Motion for Approval of Notice to Class Members and related scheduling dates.

Respectfully submitted,

*/s/ Laurence Rosen*
Laurence Rosen

cc: All counsel of record via ECF

Memorandum Endorsement In re DiDi Global Inc. Secs. Litig., 21-cv-5807 and related cases

The Court is mindful of the fact that the path between "a binding settlement in principle" and a "final stipulation of settlement" may be tortuous. But three months have passed since the parties advised the Court that they had reached "a binding settlement in principle," and they now seek additional time to continue along the path in the hope of executing a "final stipulation of settlement." At some point, however, the ultimate destination must be reached or the litigation resumed.

Absent the filing, on or before December 15, 2025, of a complete and executed settlement agreement, a complete Motion for Approval of Notice to Class Members, and related dates, (a) the stay previously granted shall terminate effective December 16, 2025, and (b) any application to reinstate any previously terminated motions in these cases shall be filed no later than December 18, 2025, failing which any such motion shall remain terminated.

SO ORDERED.

Dated: November 14, 2025

Lewis A. Kaplan
United States District Judge