# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE DIDI GLOBAL INC. SECURITIES LITIGATION** | Master Docket No. 1:21-cv-05807-LAK-VF <br><br> This Document Relates To: All Actions |

## DECLARATION OF MATTHEW SHILLADY CONCERNING THE CAFA NOTICE MAILING

I, Matthew Shillady, declare as follows:

1. I am the Director of Operations of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five-hundred seventy-five (575) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2. At the request of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant DiDi Global Inc., on January 16, 2026, SCS mailed a notice of proposed class action settlement, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), to the appropriate federal and state officials, by certified return receipt through the United States Postal Service. The mailing consisted of: (i) a letter regarding the Settlement approved by Skadden describing the mailing (the "CAFA Letter"); and (ii) a CD-ROM containing copies of the documents referenced in the CAFA Letter. Attached as **Exhibit A** is a copy of the CAFA Letter that SCS mailed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of January 2026, in Media, Pennsylvania.

_____
Matthew Shillady