# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 30, 2026

Via ECF and Hand Delivery

The Honorable Judge Lewis A. Kaplan,
        United States District Judge,
                United States District Court for the Southern District of New York,
                        500 Pearl Street,
                                New York, New York  10007.

The Honorable Judge Valerie Figueredo,
        United States Magistrate Judge,
                United States District Court for the Southern District of New York,
                        500 Pearl Street,
                                New York, New York  10007.

        Re:    *In re DiDi Global Inc. Sec. Litig.*, No. 21-cv-5807-LAK-VF.

Dear Judge Kaplan and Judge Figueredo:

        Sullivan & Cromwell LLP is counsel to Defendants Kentaro Matsui and Adrian Perica in the above-captioned matter (the "DiDi Litigation").

        Stephanie Haenn, one of Judge Figueredo's former law clerks, joined Sullivan & Cromwell LLP on March 23, 2026, as an associate in the firm's New York office.  We are writing to Your Honors pursuant to New York Rule of Professional Conduct 1.12, which (i) bars a former law clerk from representing a client in connection with a matter in which he or she participated personally and substantially while clerking, and (ii) describes notification and screening requirements that must be put in place to ensure that the former law clerk does not share information regarding the matter with others at the firm.  This letter sets out Sullivan & Cromwell LLP's compliance with the requirements of Rule 1.12.

        1.    Sullivan & Cromwell LLP has taken the following steps to screen Ms. Haenn from the DiDi Litigation:

                a.    Our partner Matthew Schwartz has notified Ms. Haenn in writing that she is not to participate in the DiDi Litigation, discuss it with

The Honorable Judge Lewis A. Kaplan                                                          -2-
The Honorable Judge Valerie Figueredo

                lawyers or nonlawyer personnel working on it, or review any documents relating to it.

      b.     Mr. Schwartz has notified in writing all lawyers, legal analysts, legal assistants and lawyers' secretaries that they are not to discuss the DiDi Litigation with Ms. Haenn or allow her access to documents concerning it.

      c.     Mr. Schwartz has sent a memorandum to the firm's Records Department instructing it not to allow Ms. Haenn to have access to any files relating to the DiDi Litigation. This triggers restrictions on Ms. Haenn's access to electronic documents relating to that litigation.

    2.     As Ms. Haenn is a salaried employee, she will not share in any fees attributable to Sullivan & Cromwell LLP's work on the DiDi Litigation.

       If the Court requires any additional information concerning this matter, please let us know, and we will be happy to provide it.

                                 Respectfully submitted,

                                   /s/ *Jeffrey T. Scott*
                                 Jeffrey T. Scott
                                 Sullivan & Cromwell LLP
                                 125 Broad Street
                                 New York, New York  10004
                                 Telephone: (212) 558-4000

                                 *Counsel to Defendant Kentaro Matsui*

                                 /s/ *Alexander J. Willscher*
                                 Alexander J. Willscher
                                 Evan A. Ringel
                                 Sullivan & Cromwell LLP
                                 125 Broad Street
                                 New York, New York  10004
                                 Telephone: (212) 558-4000

                                 *Counsel to Defendant Adrian Perica*

cc:     All Counsel of Record (via ECF)