**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DIDI GLOBAL INC. SECURITIES LITIGATION <br><br> This Document Relates to: All Actions | Master Docket <br><br> Case No. 1:21-cv-05807-LAK-VF <br><br> <u>CLASS ACTION</u> |

## <u>NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES</u>

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Approving Notice to the Class Concerning the Proposed Settlement and Scheduling Dates (ECF No. 566), on June 16, 2026 at 10:00 a.m., before the Honorable Lewis A. Kaplan in Courtroom 21B of the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, NY 10007, Lead Counsel The Rosen Law Firm P.A. will and hereby does move the Court for entry of an Order awarding attorneys' fees to Plaintiffs' Counsel in the amount of $133,200,000 from the Settlement Fund (plus interest at the same rate as the Settlement Fund) and reimbursement of litigation expenses in the total amount of $4,833,219.46.

This motion is based on this Notice of Motion; the memorandum of points and authorities in support thereof; the Declaration of Laurence M. Rosen in Support of (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and all exhibits thereto; the Declaration of Edward A. Flores and all exhibits thereto; the Declaration of Professor William B. Rubenstein in Support of Plaintiffs' Motion for Attorney's Fees and all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Dated: May 12, 2026

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Laurence M. Rosen*
Laurence M. Rosen
Daniel Tyre-Karp
Robin Bronzaft Howald
Jing Chen
275 Madison Ave, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
        dtyrekarp@rosenlegal.com
        rhowald@rosenlegal.com
        jchen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/*Laurence Rosen*
Laurence M. Rosen